January 9, 2026

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
Vermont Service Center



**U.S. Citizenship and Immigration Services**

MARIBEL NOEMI BEZA TOBAR
3410 ARNOLD LANE
FALLS CHURCH, VA 22042

IOE0930196933

RE: I-821, Application for Temporary Protected Status

A094-415-468

## <u>NOTICE OF INTENT TO DENY</u>

Dear Sir or Madam,

A review of your case establishes that:

> Through fingerprint and biometric linking of your identity to A077534275, USCIS records confirm you were apprehended by Customs and Border Patrol on August 14, 1999 after illegally entering the United States by wading across the river from Piedras Negras to Eagle Pass, Texas.  During this apprehension, you used the alternate name of Maribel Noemi Beza-Tovar and date of birth of October 12, 1981.

While there is evidence that this fraud was known at the time your TPS was granted on December 3, 2007, the above, wilful misrepresentation of a material fact, your true identity, was not waived as needed for your TPS eligibility.

A misrepresentation concerning an alien's identity is generally material because it almost always shuts off a line of inquiry that prevents the officer from determining the alien's eligibility for the benefit sought.

USCIS finds that this misrepresentation does not fall under the definition of harmlessness because your identity is not only material to your eligibility for TPS, but material to your overall admissibility under the Immigration and Nationality Act (INA).

The alien has the burden of establishing the true facts and bears the risk that uncertainties resulting from his or her own obstruction of the inquiry may be resolved against him.

See Matter of O-R-E-, 28 I&N Dec. 330, 339-40 (BIA 2021) (holding a misrepresentation of identity is material because it impairs the "adjudicator's ability to probe past conduct that might be potentially disqualifying or bear on the exercise of discretion"). See Matter of S- and B-C- (PDF), 9 I&N Dec. 436, 448 (A.G. 1961) (noting that "a misrepresentation as to identity will generally have the effect of shutting off an investigation").

Therefore, you must file an Application for Waiver of Ground of Inadmissibility (Form I-601), with appropriate fee or fee waiver request, WITH THIS OFFICE.

*USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.*



Your Application for Temporary Protected Status will be denied unless you can show that you are eligible for a waiver of the following inadmissibility ground: INA 212a(6)(C)(i) Fraud or Willful Misrepresentation.

Note: current Form I-601 instructions stating the waiver should be filed at a USCIS Lockbox facility do not apply to this TPS filing.  You must return your properly completed I-601, along with any supporting documents and other requested evidence, to this office with a copy of this letter and the attached cover sheet.  Please mark the attached cover sheet that it contains "Additional Forms," and "Additional Fees" if you are submitting the fee or "Other: Fee Waiver" if you are submitting your form with a fee waiver request.

The waiver may be granted for humanitarian purposes, to assure family unity, or when it is otherwise in the public interest.  If your Form I-601 is denied, then your Application for Temporary Protected Status will also be denied.

If you have previously filed an Application for Waiver of Ground of Inadmissibility (Form I-601), submit a copy of that receipt notice or approval notice.  State what immigration benefit you were seeking when you filed the I-601 previously (e.g., TPS, admission at a port of entry, immigrant or non-immigrant visa, adjustment to permanent resident status).

If you have ever applied for refugee status and you have filed a Form I-602 to request a waiver of the ground of inadmissibility related to this or any other reason, submit a copy of your approval or denial of that waiver application, if available.  If not available, submit an explanation of when and where you submitted your I-602 and the result of your waiver application.

Please note, if you obtain a waiver in connection with your Form I-821, Application for Temporary Protected Status, the waiver is only valid for the TPS application. If granted, the waiver will apply to subsequent TPS re-registration applications, but not to any other immigration benefit requests. You may download a copy of Form I-601 from the USCIS website at www.uscis.gov/i-601.

If any document is not in English it must be submitted with a certified English translation.  Submit a complete and accurate English translation and a photocopy of the corresponding foreign language document.  Translations submitted without the relating foreign language documents are not acceptable.

Extract or summary translations of the original document are not acceptable.  The translator must certify that the translation is complete and accurate, and that he or she is competent to translate from the foreign language to English.

You may submit either the original documents or legible photocopies of the originals, including copies of the front and back of each document.  If you choose to submit original documents, they may not be returned to you.

If you do not respond to this notice with the requested information by February 11, 2026, it will be deemed an abandonment of your re-registration application and result in the denial of your application and withdrawal of your TPS.

**PLACE THE ATTACHED COVERSHEET AND THIS ENTIRE LETTER ON TOP OF YOUR RESPONSE.**

*USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.*

EXHIBIT #2

**SUBMISSION OF EVIDENCE WITHOUT THE COVERSHEET AND THIS LETTER WILL DELAY PROCESSING OF YOUR CASE AND MAY RESULT IN A DENIAL.**

Sincerely,

Carrie M. Selby
Acting Associate Director, Service Center Operations



*USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.*



**COVERSHEET**
**SCANNING REQUIRED**
PLEASE RETURN THE REQUESTED INFORMATION AND
ALL SUPPORTING DOCUMENTS **WITH**
**THIS PAGE ON TOP TO:**
**USCIS/TSC**
**ATTN:  RFE/NOID/NOIR/NOIT**
**6046 N BELT LINE RD STE 108**
**IRVING, TX  75038-0011**

Please check the appropriate box regarding if there is a new Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, additional fees, additional forms, etc.  Please place the new Form G-28, additional fees, additional forms directly under this sheet.

**Yes, there is:**

| | | | |
|---|---|---|---|
| ☐ | **A New G-28** | ☐ | **Additional Fees** |
| ☐ | **Additional Forms** | ☐ | **Other:** |

If you have moved, write your current address in the blank area below. Please be sure to write clearly.

**(Select appropriate check box)**

☐  **Applicant/Beneficiary**          ☐  **Petitioner**

**New Address:**

As required by Section § 265.1 Reporting change of address. "Except for those exempted by section 263(b) of the Act, all aliens in the United States required to register under section 262 of the Act must report each change of address and new address within 10 days of such change in accordance with instructions provided by USCIS."

## <u>NOTICE OF INTENT TO DENY</u>

I-821 Application for Temporary Protected Status



IOE0930196933

BEZA TOBAR, MARIBEL

,



A094-415-468