EXHIBIT #3

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## WARRANT OF REMOVAL/DEPORTATION

Subject ID:402179005
**File No:** 077 534 275
Event No:XDC2604000015
**Date:** April 30, 2026

**To any immigration officer of the United States Department of Homeland Security:**

MARIBEL NOEMI BEZA-TOVAR
_____
(Full name of alien)

who entered the United States at  Uvalde, TX                              on August 14, 1999
                                  (Place of entry)                          (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

[X] an immigration judge in exclusion, deportation, or removal proceedings

[ ] a designated official

[ ] the Board of Immigration Appeals

[ ] a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:
212a6Ai;

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:
US Government

_____
(Signature of immigration officer)

Eric Weindorf          Special Agent in Charge
_____
(Title of immigration officer)

April 30, 2026, Reston, VA
_____
(Date and office location)

ICE Form I-205 (8/07)

Page 1 of  2

EXHIBIT #3

Alien No: 074-534-275

To be completed by immigration officer executing the warrant: Name of alien being removed:

MARIBEL NOEMI BEZA-TOVAR
_____

**Port, date, and manner of removal:**  _____

Photograph of alien
removed

Right index fingerprint
of alien removed

_____
(Signature of alien being fingerprinted)

_____
(Signature and title of immigration officer taking print)

Departure witnessed by:  _____
(Signature and title of immigration officer)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____

_____

_____

_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here.    ☐

Departure Verified by:  _____
(Signature and title of immigration officer)

ICE Form I-205 (8/07)                                                                                    Page 2 of 2