# JAIME WINTHUYSEN APARISI & ASSOCIATES LLC
### 819 Silver Spring Avenue, Silver Spring, Maryland 20910
### (301) 562-1416 FAX (301) 562-1417
#### www.aparisi.com

**Hannah Bossert**
Admitted in Maryland
*hannah@aparisi.com*

**Jaime Winthuysen Aparisi**
Admitted in Maryland & DC
*jaime@aparisi.com*

**John A Hare**
Admitted in Massachusetts & DC
*john@aparisi.com*

**Felipe Fernández Leon**
Admitted in Maryland & DC
*felipe@aparisi.com*

June 18, 2026

USCIS
Attn: I-290B (Box 21100)
2108 E. Elliot Rd.
Tempe, AZ 85284-1806

**Re: Resubmission of Form I-290B and Form I-601 following improper rejection — request that the refiling be accorded the original filing date**

**Applicant:** Maribel Noemi Beza Tobar
**A-Number:** 094-415-468
**Receipt Number:** IOE0930196933
**Decision Date:** April 21, 2026

Dear Sir or Madam:

This office represents Maribel Noemi Beza Tobar. We are resubmitting her Form I-290B (Notice of Appeal or Motion) challenging the April 21, 2026 decision, together with her Form I-601 (Application for Waiver of Grounds of Inadmissibility) filed in the alternative, following USCIS's rejection of the original timely-filed package on June 6, 2026. As required, the original Rejection Notices are enclosed on top of this submission. This letter demonstrates that the stated basis for the rejections were erroneous, resubmits the applicant's Form I-912 fee-waiver request, and requests that the resubmission be accorded the original filing date of May 7, 2026. The applicant is fee-waiver-eligible; no filing fee is owed, and none is enclosed.

1. The original package was filed timely.

The decision withdrawing Ms. Beza Tobar's TPS issued on April 21, 2026. Her Form I-290B and accompanying Form I-601 were received by USCIS on May 7, 2026—well within the 30-day deadline for a motion under 8 C.F.R. § 103.5(a)(1)(i) (plus three days for mailing under 8 C.F.R. § 103.8(b)). That May 7, 2026 receipt date is reflected on the enclosed Rejection Notices.

2.   The fee-waiver rejection was wrong under the governing regulation and USCIS's own form instructions.

The Rejection Notice returned the filing on the ground that the application "is not eligible for a fee waiver." That is incorrect. The fee-waiver regulation, 8 C.F.R. § 106.3(a)(3), establishes eligibility directly: the Form I-290B is listed as fee-waivable at § 106.3(a)(3)(ii)(D), and Temporary Protected Status applicants are provided fee relief under § 106.3(a)(3)(iii).

USCIS's own Form I-912 Instructions (ed. 07/22/25) implement that regulation and confirm the result: eligibility turns on the status to which the filing relates, not the form type. The Instructions state, at page 2: "If not otherwise fee exempt, you may apply for a fee waiver for ANY application or petition that is related to status as a: . . . (4) Temporary Protected Status." Both of Ms. Beza Tobar's filings arise directly from, and relate to, her nineteen-year Temporary Protected Status, and are therefore fee-waiver-eligible.

The same Instructions confirm eligibility on two additional grounds. The Form I-290B is eligible "when . . . the fee for the underlying application or petition may be waived," and the underlying TPS matter is fee-waivable for the reason stated above. The Form I-601 is listed as eligible for an applicant exempt from the public-charge ground of inadmissibility under INA § 212(a)(4). TPS applicants are exempt from that ground, per INA § 244(c)(2)(A)(ii) and 8 C.F.R. § 212.23(a)(12).

The Rejection Notice compounds the error by directing the applicant to former 8 C.F.R. § 103.7(c)(3). That provision no longer governs. Fee-waiver eligibility moved to § 106.3 under the restructured fee rules. The rejection contradicts both the current regulation and the form instructions that implement it.

3.   No filing fee is owed; the resubmitted fee-waiver request should be granted.

Because both filings are fee-waiver-eligible for the reasons set out above, no filing fee is due, and none is enclosed. The applicant resubmits her Form I-912 (Request for Fee Waiver) with this package and asks that USCIS grant it and accept the filing on that basis.

4.   The resubmission should be accorded the original May 7, 2026 filing date.

The original filing was timely, and it was returned solely because of USCIS's erroneous fee-waiver determination, not because of any deficiency attributable to the applicant. USCIS received the timely filing on May 7, 2026—roughly two weeks before the motion deadline—yet did not issue the rejection until June 6, 2026, after the deadline had run. It was the combination of an erroneous rejection and the agency's own delay that caused the deadline to pass.

Where a timely filing is improperly rejected, the applicant should not forfeit the benefit of her timely submission because of the agency's error. We request that USCIS treat this resubmission as filed on May 7, 2026 and adjudicate the Form I-290B, and the Form I-601 in the alternative, on the merits.

We appreciate the agency's attention and its prompt acceptance and adjudication of the enclosed resubmission. Please direct any questions to the undersigned.

Respectfully submitted,

**Jaime W. Aparisi, Esq.**
Counsel for Applicant

**Enclosures:**

- USCIS Rejection Notices dated June 6, 2026 (placed on top, per its instructions)
- Form I-290B (Notice of Appeal or Motion) with supporting brief and exhibits
- Form I-912, Request for Fee Waiver
- Form I-601 (Application for Waiver of Grounds of Inadmissibility), filed in the alternative
- Form G-28 (Notice of Entry of Appearance)

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
| :---: |

| NOTICE TYPE | NOTICE DATE |
| --- | --- |
| Rejection Notice | June 06, 2026 |

| CASE TYPE | USCIS ALIEN NUMBER |
| --- | --- |
| I-290B, Notice of Appeal or Motion | A094415468 |

| RECEIPT NUMBER | RECEIVED DATE | DATE OF BIRTH | PAGE |
| --- | --- | --- | --- |
| IOE0937140201 | May 07, 2026 | █████ 1977 | 1 of 1 |

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

MARIBEL N. BEZA TOBAR
C/O JAIME W. APARISI JAIME WINTHUYSEN APARISI AN
819 SILVER SPRING AVE
SILVER SPRING, MD  20910

This is in reference to the I-290B, Notice of Appeal or Motion, you submitted. Your I-290B, fees, and any supporting documentation is being returned to you for the following reason(s):

The payment amount provided does not match the required amount according to what you have selected on the form, or no payment amount has been provided. Please review the Fee Schedule, Form G-1055, at uscis.gov/G-1055 for the latest fee information. Please resubmit the application/petition package with the appropriate fees to the address listed on the bottom of this page.

Based on our current policy, the application/petition that you filed is not eligible for a fee waiver. For a list of applications and petitions that can be considered for a fee waiver request, please refer to the Form I-912, Request for a Fee Waiver webpage at www.uscis.gov/i-912 or 8 CFR 103.7(c)(3).

Please be sure to complete the petition fully, submit the appropriate fees, and include all required supporting documentation. You may be able to file form online. Visit www.uscis.gov/file-online for more information.

If you have questions, please visit the USCIS Contact Center at www.uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center.

You will be notified separately about any other case you may have filed.

| USCIS OFFICE ADDRESS | USCIS CONTACT CENTER NUMBER |
| --- | --- |
| USCIS | (800)375-5283 |
| P. O. Box 21100 | ATTORNEY COPY |
| Phoenix, AZ 85036 | |

TRN# 3026086114280     BIN# 3940515

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C  10/13/21

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
|---|

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Rejection Notice | June 06, 2026 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-601, Application for Waiver of Grounds of Inadmissibility | A094415468 |

| RECEIPT NUMBER | RECEIVED DATE | DATE OF BIRTH | PAGE |
|---|---|---|---|
| MSC2690288542 | May 07, 2026 | ████ 1977 | 1 of 1 |

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

MARIBEL N. BEZA TOBAR
C/O JAIME W. APARISI JAIME WINTHUYSEN APARISI AN
819 SILVER SPRING AVE
SILVER SPRING, MD 20910

This is in reference to the I-601, Application for Waiver of Grounds of Inadmissibility, you submitted. Your I-601, fees, and any supporting documentation is being returned to you for the following reason(s):

The payment amount provided does not match the required amount according to what you have selected on the form, or no payment amount has been provided. Please review the Fee Schedule, Form G-1055, at uscis.gov/G-1055 for the latest fee information. Please resubmit the application/petition package with the appropriate fees to the address listed on the bottom of this page.

Based on our current policy, the application/petition that you filed is not eligible for a fee waiver. For a list of applications and petitions that can be considered for a fee waiver request, please refer to the Form I-912, Request for a Fee Waiver webpage at www.uscis.gov/i-912 or 8 CFR 103.7(c)(3).

Please be sure to complete the application fully, submit the appropriate fees, and include all required supporting documentation. You may be able to file form online. Visit www.uscis.gov/file-online for more information.

If you have questions, please visit the USCIS Contact Center at www.uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center.

You will be notified separately about any other case you may have filed.

**USCIS OFFICE ADDRESS**
USCIS
P. O. Box 21100
Phoenix, AZ 85036

**USCIS CONTACT CENTER NUMBER**
(800)375-5283
ATTORNEY COPY



TRN# 3026089024260    BIN# 3940515

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C   10/13/21