**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| MARIBEL NOEMI BEZA TOBAR,<br><br>      Plaintiff,<br><br>   v.<br><br>MARKWAYNE MULLIN, *et al.,*<br><br>      Defendants. | Civil Action No. 8:26-cv-01886-TDC |

**STATUS REPORT**

Respondents, by and through their respective undersigned counsel, submit this Status Report pursuant to this Court's Order (ECF No. 20) and state:

1.      On July 7, 2026, Petitioner was released from ICE custody at approximately 3:30 CST (4:30 p.m. EST) with her Temporary Protected Status ("TPS") restored.

2.      That on July 9, 2026, Plaintiff's TPS case at United States Citizenship and Immigration Services was reopened pursuant to this Courts Order and Memorandum Opinion (ECF Nos. 19 and 20).

3.      Respondent's Counsel communicated with Petitioner's Counsel on July 9, 2026 who agreed that the case may be closed.

Dated:  July 10, 2026

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By:   _/s/ Ivory Macklin_
Ivory L. Macklin
Special Assistant United States Attorney
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, Suite 400
Baltimore, Maryland  21201
Telephone: (410) 209-4800
Ivory.macklin@usdoj.gov

_Counsel for Respondents_

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 10, 2026, a copy of the foregoing Joint Status Report

was served electronically on all parties and counsel receiving service via CM/ECF in this case.

_/s/  Ivory Macklin_
Ivory L. Macklin
Special Assistant United States Attorney

2